Pullman's Palace Car Company *v.* Martin.

Under the facts in evidence, there was no error in denying a nonsuit.

January 28, 1895.

Atkinson, Justice.

Upon the exception to the order overruling the motion for nonsuit, brought up by bill of exceptions to the last term of this court, and which, by consent, was continued to be argued and considered along with the main case, it is unnecessary to do more than refer to the discussion of the evidence as stated in the opinion in the case of *Pullman's Palace Car Company* v. *Martin*, this day decided. *Ante,* 316.      *Judgment affirmed.*